ESTATE OF Margaret VATTEROTT, Deceased, John Steiner, Personal Representative, Plaintiff/Appellant,

v.

Michael J. VATTEROTT, Defendant/Respondent.

No. 73007.

Missouri Court of Appeals, Eastern District, Division One.

April 7, 1998.

Gerard A. Nester, St. Louis, for plaintiff/appellant.

John A. and Mary Lou COOPER, Appellant,

v.

Hugh VAN DUERSEN, Respondent.

No. WD 53762.

Missouri Court of Appeals, Western District.

April 21, 1998.

Roy King, Jr., Kansas City, for Appellants.

Robert Russell, Sedalia, for Respondent.

Before LAURA DENVIR STITH, P.J., and HANNA and RIEDERER, JJ.

## ORDER

**Per Curiam.**

Plaintiffs-tenants, John and Mary Lou Cooper, appeal from the trial court's grant of a summary judgment in favor of defendant-landlord, Hugh A. Van Duersen. Mr. Cooper claims an injury when he fell due to a brick missing from the entryway to the duplex where the Coopers lived. The Coopers appeal. Publication of an opinion would have no precedential value. Affirmed. Rule 84.16(b), V.A.M.R.